AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.    1:26MJ117
259 Styers Road )
Winston Salem, NC 27105 )
)

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
The TARGET PARCEL has entered the dwelling at 259 Styers Road Winston Salem, NC 27105

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____May 7, 2026____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Joi E. Peake____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   4/23/2026  1:39 pm            _____Joi E. Peake_____
                                                              *Judge's signature*

City and state:     Winston-Salem, NC            Hon. Joi E. Peake, United States Magistrate Judge
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:26MJ 117 | Date and time warrant executed:<br>Not executed | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Not executed

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5 /4/26

_Executing officer's signature_

Eli VanKuren , ATF TFO

_Printed name and title_

# ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

### 259 Styers Road Winston Salem, NC 27105 (Target Residence)

The Target Residence is at 259 Styers Road Winston Salem, NC 27105, within the

Middle District of North Carolina. The following is a photograph of the premises to be searched.



13

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following materials, located on or within the TARGET PREMISES, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18 U.S.C. §922(o) in the form of the following:

1. Any and all documents and records, either in written or electronic form, related to the purchase, attempted purchase, or solicitation for purchase, importation, solicitation for importation, or attempted importation, or receipt, or attempted receipt, or mailing or shipment of firearms or firearms components or ammunition;

2. Any and all correspondence, either in written or electronic form, related to the purchase, attempted purchase, or solicitation for purchase, importation, solicitation for importation, or attempted importation, or receipt, or attempted receipt of firearms or firearms components or ammunition;

3. Any and all records of payment or financial records, including bank statements, wire remittances, wire transfer receipts, checks, or credit card receipts related to the purchase, importation, or receipt of firearms or firearms components or ammunition;

4. Any and all documents and records, including receipts of payments, either in written or electronic form, related to the unlawful sale, transfer, or distribution of firearms or firearm components or ammunition;

5. Any and all documents, records or other information, either in written or electronic form, related to U.S. laws concerning the purchase, importation, receipt, or possession of

14

firearms and firearms components or ammunition;

6.     Any and all records, either in written or electronic form, pertaining to a violations of U.S. customs laws, to wit: the smuggling of firearms or firearms components, including records related to the purchase, receipt, possession, sale, transfer or distribution of firearms and firearms components so obtained;

7.     Any and all digital and electronic storage media, including but not limited to, computers, tablets, cellular phones, smartphones and external data storage devices, capable of storing documents and records delineated in paragraphs 1-6 above. These devices may be seized but a seperate warrant will be obtained to search.

8.     Indicia of ownership or occupancy of the TARGET PREMISES.

15